Argued and submitted October 3, remanded November 10, 1980

NICHOLS,
*Petitioner,*
*v.*
OREGON STATE BOARD OF PHARMACY,
*Respondent.*
(CA 18093)
618 P2d 1003

Barry O. Lane, Portland, argued the cause and filed the brief for petitioner.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

In this judicial review proceeding the briefs demonstrated considerable confusion about just who did what and to whom. The record is not much help, and counsel for the agency, try as he might, was not successful in relieving the gloom. Petitioner requests that we appoint a master under ORS 183.482(7), but we are doubtful that that would help. Instead, we find that "the correctness of the action may have been impaired by a material error in procedure or a failure to follow prescribed procedure" and remand for further agency action. ORS 183.482(7).

Remanded.